906 A.2d 1115

IN THE MATTER OF CATHY R. GARRETT–
DAVIS, AN ATTORNEY AT LAW.

September 28, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–059, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **CATHY R. GARRETT–DAVIS** of **LINDENWOLD,** who was admitted to the bar of this State in 1991, and who thereafter was suspended from the practice of law by Order of this Court filed June 12, 2006, and who remains suspended at this time, should be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of

client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979), and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **CATHY R. GARRETT–DAVIS** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **CATHY R. GARRETT–DAVIS** be disbarred, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that she be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.